**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| LaShawnna Ridley, Regina Ridley, Tiffany Hines, Stephine Hines, Preddy Ray, Dekeya Adams, Ricola Lawshea, and Latosha Sanderlin (STAKE.US USERS WITHIN THE UNITED STATES), Individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>   v.<br><br>SWEEPSTEAKS LTD. d/b/a STAKE.US, KICK STREAMING PTY LTD., AUBREY DRAKE GRAHAM p/k/a DRAKE, ADIN ROSS, AND GEORGE NGUYEN,<br><br>      Defendants. | Case No. 1:25-cv-2511-LMB-WEF |

**DEFENDANT SWEEPSTEAKS LTD. d/b/a STAKE.US'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, the undersigned counsel of record for Defendant Sweepsteaks Ltd. d/b/a Stake.us ("Stake.us") certifies as follows:

(a)      Stake.us's parent corporation is Well Done STK Limited.

(b)      No publicly held entity owns 10% or more of Stake.us's stock.

(c)      No parent, subsidiary, or affiliate entity of Stake.us has issued stock or debt securities to the public.

Dated:   April 8, 2026

Respectfully submitted,

By: */s/ Hillary Dang*
  Hillary Dang (VSB No. 92188)
  ORRICK, HERRINGTON & SUTCLIFFE LLP
  2100 Pennsylvania Avenue NW
  Washington, DC 20037
  Telephone: (202) 339-8400
  Facsimile: (202) 339-8500
  hdang@orrick.com

  David McGill*
  Diana Szego Fassbender*
  ORRICK, HERRINGTON & SUTCLIFFE LLP
  2100 Pennsylvania Avenue NW
  Washington, DC 20037
  Telephone: (202) 339-8400
  Facsimile: (202) 339-8500
  dmcgill@orrick.com
  dszego@orrick.com

  Paige Pavone*
  Marc R. Shapiro*
  ORRICK HERRINGTON & SUTCLIFFE LLP
  51 West 52nd Street
  New York, New York 10019
  Telephone: (212) 506-5000
  Facsimile: (212) 506-5151
  ppavone@orrick.com
  mrshapiro@orrick.com

  *Pro Hac Vice forthcoming*

  *Attorney for Defendants*
  *Stake.us and Kick Streaming Pty. Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2026, I electronically filed the foregoing Rule 7.1 Corporate

Disclosure Statement on behalf of Defendant Stake.us with the Clerk of the Court for the United

States District Court for the District of Eastern Virginia using the CM/ECF system.

/s/ Hillary Dang

Hillary Dang