## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| LaShawnna Ridley, Regina Ridley, Tiffany Hines, Stephine Hines, Preddy Ray, Dekeya Adams, Ricola Lawshea, and Latosha Sanderlin (STAKE.US USERS WITHIN THE UNITED STATES), Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SWEEPSTEAKS LTD. d/b/a STAKE.US, KICK STREAMING PTY LTD., AUBREY DRAKE GRAHAM p/k/a DRAKE, ADIN ROSS, AND GEORGE NGUYEN, <br><br> Defendants. | Case No. 1:25-cv-2511-LMB-WEF |

## DEFENDANT KICK STREAMING PTY. LTD.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, the undersigned counsel of record for Defendant Kick Streaming Pty. Ltd. certifies as follows:

(a)    Kick Streaming Pty. Ltd.'s parent corporation is Easygo Entertainment Pty. Ltd.

(b)    No publicly held entity owns 10% or more of Kick Streaming Pty. Ltd.'s stock.

(c)    No parent, subsidiary, or affiliate entity of Kick Streaming Pty. Ltd. has issued stock or debt securities to the public.

Dated:  April 8, 2026

Respectfully submitted,

By: */s/ Hillary Dang*

Hillary Dang (VSB No. 92188)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
hdang@orrick.com

David McGill*
Diana Szego Fassbender*
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
dmcgill@orrick.com
dszego@orrick.com

Paige Pavone*
Marc R. Shapiro
ORRICK HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
ppavone@orrick.com
mrshapiro@orrick.com

*Pro Hac Vice forthcoming*

*Attorney for Defendants*
*Stake.us and Kick Streaming Pty. Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2026, I electronically filed the foregoing Rule 7.1 Corporate

Disclosure Statement on behalf of Defendant Kick Streaming Pty. Ltd. with the Clerk of the Court

for the United States District Court for the District of Eastern Virginia using the CM/ECF system.

/s/ Hillary Dang

Hillary Dang