# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| LaShawnna Ridley, Regina Ridley, Tiffany Hines, Stephine Hines, Preddy Ray, Dekeya Adams, Ricola Lawshea, and Latosha Sanderlin (STAKE.US USERS WITHIN THE UNITED STATES), Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SWEEPSTEAKS LTD. d/b/a STAKE.US, KICK STREAMING PTY LTD., AUBREY DRAKE GRAHAM p/k/a DRAKE, ADIN ROSS, AND GEORGE NGUYEN,<br><br>Defendants. | Case No. 1:25-cv-2511-LMB-WEF |

## DEFENDANT SWEEPSTEAKS LTD. D/B/A STAKE.US'S
## MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

Defendant Sweepsteaks Ltd. d/b/a Stake.us ("Stake.us"), by and through its undersigned counsel, respectfully moves this Court pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, for an Order compelling Plaintiffs to submit their claims to binding, individual arbitration and to stay proceedings pending the outcome of the arbitration. The reasons supporting this Motion are set forth in the accompanying memorandum of law filed contemporaneously with this Motion.

Dated: May 6, 2026

Respectfully submitted,

By: */s/ Hillary Dang*

    Hillary Dang (VSB No. 92188)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    2100 Pennsylvania Avenue NW
    Washington, DC 20037
    Telephone: (202) 339-8400
    Facsimile: (202) 339-8500
    hdang@orrick.com

    David McGill*
    Diana Szego Fassbender*
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    2100 Pennsylvania Avenue NW
    Washington, DC 20037
    Telephone: (202) 339-8400
    Facsimile: (202) 339-8500
    dmcgill@orrick.com
    dszego@orrick.com

    Paige Pavone*
    Marc R. Shapiro*
    ORRICK HERRINGTON & SUTCLIFFE LLP
    51 West 52nd Street
    New York, New York 10019
    Telephone: (212) 506-5000
    Facsimile: (212) 506-5151
    ppavone@orrick.com
    mrshapiro@orrick.com

    *Pro Hac Vice forthcoming*

    *Attorneys for Defendant*
    *Sweepsteaks Ltd. d/b/a Stake.us*

2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on May 6, 2026, I electronically filed the foregoing Motion to Compel Arbitration and Stay Proceedings on behalf of Defendant Stake.us with the Clerk of the Court for the United States District Court for the District of Eastern Virginia using the CM/ECF system.

*/s/ Hillary Dang*

Hillary Dang