**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

LaShawnna Ridley, Regina Ridley, Tiffany Hines, Stephine Hines, Preddy Ray, Dekeya Adams, Ricola Lawshea, and Latosha Sanderlin (STAKE.US USERS WITHIN THE UNITED STATES), Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

SWEEPSTEAKS LTD. d/b/a STAKE.US, KICK STREAMING PTY LTD., AUBREY DRAKE GRAHAM p/k/a DRAKE, ADIN ROSS, AND GEORGE NGUYEN,

Defendants.

Case No. 1:25-cv-2511-LMB-WEF

**DECLARATION OF JARROD ANTHONY FEBBRAIO IN SUPPORT OF STAKE.US'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

I, Jarrod Anthony Febbraio, declare and state the following:

1. I am one of the corporate executives at Sweepstakes LTD. d/b/a Stake.us ("Stake.us"), the named defendant in the above-captioned matter. My title is Director of Stake. Since 10 November 2025, I have been responsible for the oversight of operations relating to Stake.us. Through that work, I am familiar with the systems and records that, among other aspects, relate to Stake.us account holders' records and account sign-in and sign-up flows. I make the statements in this declaration based on my personal knowledge of the matters set forth below and based upon my review of records maintained in the ordinary course of business. If called as a witness, I could and would testify competently to the matters stated herein.

2.      I submit this declaration in support of Stake.us's Motion to Compel Plaintiff to Arbitration and Stay Proceedings, filed concurrently herewith.

3.      I have reviewed what I understand to be the First Amended Complaint ("FAC") filed by Plaintiffs LaShawnna Ridley, Regina Ridley, Tiffany Hines, Stephine Hines, Preddy Ray, Dekeya Adams, Ricola Lawshea, and Latosha Sanderlin ("Plaintiffs") on February 24, 2026, case number 1:25-cv-02511-LMB-WEF, in the United States District Court for the Eastern District of Virginia.

4.      Stake.us is an online social gaming platform that provides casino-style games via an interactive virtual platform (the "Platform").

5.      Based upon my review of the FAC, it is my understanding that Plaintiffs allege that they were and are users of the Platform. In preparing this Declaration, based on publicly available identifying information for Plaintiffs, I have reviewed Stake.us's records regarding Plaintiffs' user accounts on the Platform, which are maintained in the ordinary course of business.

6.      According to Stake.us's records, Plaintiff Tiffany Hines created her account on 15 August 2025. This account remains open as of the date of this submission and was most recently accessed on 29 April 2026.

7.      Stake.us has no records of any accounts associated with Plaintiffs other than Tiffany Hines.

## I.      Stake.us Account Processes

8.      In order to access and use the Platform, including playing games, making purchases, and/or redeeming prizes on the Platform, Stake.us users are required to create a user account.

9.    From July 2022 until May 2023, when a user created a Stake.us account, the user was required to provide their email address and date of birth and create a username and password. The Platform's registration screen informed users that by clicking the "Play Now" button, they indicated that they had read and acknowledged the Stake.us Terms and Conditions (the "Terms"). The phrase "Terms and Conditions" was displayed in bold and hyperlinked. Clicking the link would display the then-operative Terms in their entirety. I attest that the below is a true and accurate screenshot of the aforementioned registration screen:



10.    From May 2023 to the present, when a user creates a Stake.us account, the user is required to provide certain identifying information, including their email address, date of birth, and the state where they are located, and create a username and password. After providing this information, in order to finish the account creation process, the user is presented with Stake.us's Terms and Conditions (the "Terms") in a scroll window. Before a user can complete the registration process, the Platform requires the user to (a) scroll through the Terms in their entirety and (b) check a box next to the statement "I have read and agree to the Terms and Conditions."

11.    Only after the user both scrolls to the end of the Terms and checks the box can the user click the "Create an Account" button. If a user clicks the "Create an Account" button before completing these steps, the Platform will display the following statement in red text: "Please read the terms and conditions in full and scroll to the end to accept." I attest that the below is a true and accurate screenshot of the Terms as presented on the registration screen under the foregoing circumstances:



12.    When Plaintiffs Tiffany Hines created her account, she would have encountered the screens and disclosures set forth in Paragraphs 9-10.

13.    When a user accepts the Terms and Conditions, the time stamp of that acceptance is automatically recorded in Stake.us's servers.

14.    Stake.us periodically updates the Terms. Beginning on May 15, 2023, the Platform displayed a mandatory acceptance window to all users who had not yet accepted an updated version of the Platform's Terms. This window displayed the updated version of the Terms and required the user to scroll through them in their entirety before clicking a checkbox indicating that he or she agreed to the updated version of the Terms.

15.    In August of 2025, the Platform again displayed a mandatory acceptance window to all users who had not yet accepted an updated version of the Terms.

16.    I attest that the below is a true and accurate screenshot of the mandatory acceptance windows that were presented in May 2023 and August 2025:



17.    Further, although Stake.us's Terms permit users to opt out of the arbitration agreement contained in the Terms within 30 days of acceptance, Stake.us has no record showing that any of the Plaintiffs did so through the procedures set forth in the Terms.

18.    Although Plaintiffs other than Tiffany Hines do not have records indicating that they ever created an account or used the Stake.us Platform, this Declaration sets forth the account creation processes and Terms that Plaintiffs must have encountered in order to access the Stake.us Platform.

## II.     Terms of Use

19.     Attached hereto as Exhibit A is a true and accurate copy of Version 1.0 of Stake.us's Terms and Conditions effective on July 25, 2022.

20.     Attached hereto as Exhibit B is a true and accurate copy of Version 2.0 of Stake.us's Terms and Conditions effective on August 31, 2022.

21.     Attached hereto as Exhibit C is a true and accurate copy of Version 3.0 of Stake.us's Terms and Conditions effective on September 22, 2022.

22.     Attached hereto as Exhibit D is a true and accurate copy of Version 4.0 of Stake.us's Terms and Conditions effective on March 26, 2023.

23.     Attached hereto as Exhibit E is a true and accurate copy of Version 5.0 of Stake.us's Terms and Conditions effective on July 5, 2023.

24.     Attached hereto as Exhibit F is a true and accurate copy of Version 6.0 of Stake.us's Terms and Conditions effective on September 28, 2023.

25.     Attached hereto as Exhibit G is a true and accurate copy of Version 7.0 of Stake.us's Terms and Conditions effective on August 23, 2024.

26.     Attached hereto as Exhibit H is a true and accurate copy of Version 8.0 of Stake.us's Terms and Conditions effective on November 13, 2024.

27.     Attached hereto as Exhibit I is a true and accurate copy of Version 9.0 of Stake.us's Terms and Conditions effective on February 20, 2025.

28.     Attached hereto as Exhibit J is a true and accurate copy of Version 10.0 of Stake.us's Terms and Conditions effective on February 28, 2025.

29.     Attached hereto as Exhibit K is a true and accurate copy of Version 11.0 of Stake.us's Terms and Conditions effective on April 28, 2025.

30.     Attached hereto as Exhibit L is a true and accurate copy of Version 12.0 of Stake.us's Terms and Conditions effective on July 14, 2025.

31.     Attached hereto as Exhibit M is a true and accurate copy of Version 13.0 of Stake.us's Terms and Conditions effective on August 12, 2025.

32.     Attached hereto as Exhibit N is a true and accurate copy of Version 14.0 of Stake.us's Terms and Conditions effective on December 19, 2025.

33.     Attached hereto as Exhibit O is a true and accurate copy of Version 15.0 of Stake.us's Terms and Conditions effective on December 30, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 6 May 2026 in Melbourne, Australia.

[Declarant]