**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| LaShawnna Ridley, Regina Ridley, Tiffany Hines, Stephine Hines, Preddy Ray, Dekeya Adams, Ricola Lawshea, and Latosha Sanderlin (STAKE.US USERS WITHIN THE UNITED STATES), Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SWEEPSTEAKS LTD. d/b/a STAKE.US, KICK STREAMING PTY LTD., AUBREY DRAKE GRAHAM p/k/a DRAKE, ADIN ROSS, AND GEORGE NGUYEN,<br><br>Defendants. | Case No. 1:25-cv-2511-LMB-WEF |

**DEFENDANT SWEEPSTEAKS LTD. D/B/A STAKE.US'S
<u>MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT</u>**

Defendant Sweepsteaks Ltd. d/b/a Stake.us ("Stake.us"), by and through its undersigned counsel, respectfully moves this Court pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(6), and 9(b) for an Order dismissing with prejudice all claims asserted against Stake.us in Plaintiffs' First Amended Complaint ("FAC"). The reasons supporting this Motion are set forth in the accompanying memorandum of law filed contemporaneously with this Motion.

Dated: May 6, 2026                           Respectfully submitted,

                                             By: */s/ Hillary Dang*
                                             Hillary Dang (VSB No. 92188)
                                             **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                                             2100 Pennsylvania Avenue NW
                                             Washington, DC 20037
                                             Telephone: (202) 339-8400
                                             Facsimile: (202) 339-8500
                                             hdang@orrick.com

                                             David McGill*
                                             Diana Szego Fassbender*
                                             **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                                             2100 Pennsylvania Avenue NW
                                             Washington, DC 20037
                                             Telephone: (202) 339-8400
                                             Facsimile: (202) 339-8500
                                             dmcgill@orrick.com
                                             dszego@orrick.com

                                             Paige Pavone*
                                             Marc R.  Shapiro*
                                             **ORRICK HERRINGTON & SUTCLIFFE LLP**
                                             51 West 52nd Street
                                             New York, New York 10019
                                             Telephone: (212) 506-5000
                                             Facsimile: (212) 506-5151
                                             ppavone@orrick.com
                                             mrshapiro@orrick.com

                                             *Pro Hac Vice forthcoming*

                                             *Attorney for Defendant Sweepsteaks Ltd. d/b/a
                                             Stake.us*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2026, I electronically filed the foregoing Motion to Dismiss on behalf of Defendant Stake.us with the Clerk of the Court for the United States District Court for the District of Eastern Virginia using the CM/ECF system.

*/s/ Hillary Dang*
Hillary Dang