Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):    Richard Kelsey, Esq. (Plaintiffs' Counsel)

George E. Kostel, Esq. (Plaintiffs' Counsel)

Electronic Device:    Laptop Computers

Purpose and Location Of Use:    Hearing Before Judge Brinkema

Case Name:    Ridley, et al. v. SweepSteaks LTD., et al.

Case NoC:    1:25-cv-2511-LMB-WEF

Date(s) Authorized:    June 12, 2026

IT Clearance Waived:    _____ (YES)    _____ (NO)

APPROVED BY:

Date: _____    _____

United States District/Magistrate/Bankruptcy Judge

A copy of this signed authorization must be presented upon entering the courthouse.

IT Clearance:    _____    _____

IT Staff Member    Date(s)

IT clearance must be completed, unless waived, before court appearance.