Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

| | |
|---|---|
| Authorized Person(s): | Richard Kelsey, Esq. (Plaintiffs' Counsel) |
| | George E. Kostel, Esq. (Plaintiffs' Counsel) |
| Electronic Device: | Laptop Computers |
| Purpose and Location Of Use: | Hearing Before Judge Brinkema |
| Case Name: | Ridley, et al. v. SweepSteaks LTD., et al. |
| Case NoC: | 1:25-cv-2511-LMB-WEF |
| Date(s) Authorized: | June 12, 2026 |
| IT Clearance Waived: | _____ (YES) _____ (NO) |

APPROVED BY:

REQUEST DENIED

Date: June 10 2026

A copy of this signed authorization must be presented upon entering the courthouse.

IT Clearance: _____   _____

IT Staff Member                                        Date(s)

IT clearance must be completed, unless waived, before court appearance.

/s/

Leonic M. Brinkema
United States District Judge