## *** CIVIL MOTION MINUTES ***

Date: 6/12/2026                                    Before the Honorable: **LEONIE M. BRINKEMA**

Time: 9:58 – 10:16  (00:18)                         Case No.: **1:25-cv-02511-LMB-WEF**

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Kate Galluzzo

---

# RIDLEY ET AL

# V.

# SWEEPSTAKES LTD. ET AL

---

Appearances of Counsel for:

[ X ]  Plaintiff:  George Kostel, Richard Kelsey
[ X ]  Defendant:  Ian Hawkes, Hillary Dang, Paige Pavone, Marc Shapiro

**Re:**   [ 16 ]   MOTION to Compel Arbitration and Stay Proceedings  **– TAKEN UNDER ADVISEMENT**
[ 18 ]   MOTION to Dismiss **– TAKEN UNDER ADVISEMENT**
[ 20 ]   MOTION to Dismiss **–  GRANTED**
[ 22 ]   MOTION to Stike - **TAKEN UNDER ADVISEMENT**

Argued and:

[ X ]  Order to Follow