IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LASHAWNNA RIDLEY, et al.,          )
                                   )
        Plaintiffs,                )
                                   )
    v.                             )          1:25-cv-2511 (LMB)
                                   )
SWEEPSTEAKS LTD., et al.,          )
                                   )
        Defendants.                )

## ORDER

For the reasons stated in open court, defendant Kick Streaming Pty Ltd.'s ("Kick")

Motion to Dismiss Plaintiffs' First Amended Complaint, [Dkt. No. 20], is GRANTED; and

defendant Sweepsteaks Ltd.'s ("Sweepsteaks") Motion to Compel Arbitration and Stay

Proceedings, [Dkt. No. 16], and Motion to Dismiss Plaintiffs' First Amended Complaint, [Dkt.

No. 18], and defendants Kick and Sweepsteaks's Motion to Strike Plaintiffs' Class Allegations,

[Dkt. No. 22], are TAKEN UNDER ADVISEMENT; and it is hereby

ORDERED that all claims in plaintiffs' First Amended Complaint as to Kick be and are

DISMISSED WITHOUT PREJUDICE to plaintiffs' ability to refile one last amended complaint

within 14 days of the date of this Order.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 12 day of June, 2026.

Alexandria, Virginia

_____ /s/
Leonie M. Brinkema
United States District Judge