IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LASHAWNNA RIDLEY, et al.,                )
                                         )
            Plaintiffs,                  )
                                         )
      v.                                 )        1:25-cv-2511 (LMB)
                                         )
SWEEPSTEAKS LTD., et al.,                )
                                         )
            Defendants.                  )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, defendant Sweepsteaks Ltd.'s ("Stake") Motion to Compel Arbitration and Stay Proceedings, [Dkt. No. 16], is GRANTED; Stake's Motion to Dismiss Plaintiffs' First Amended Complaint, [Dkt. No. 18] is DENIED as MOOT; and defendant Kick Streaming Ptd Ltd.'s ("Kick") Motion to Dismiss Plaintiffs' Second Amended Complaint, [Dkt. No. 50], Stake's Motion to Strike Unauthorized Amendments in Plaintiffs' Second Amended Complaint, or in the Alternative Compel Arbitration or Dismiss Plaintiffs' Second Amended Complaint, [Dkt. No. 52], and Kick and Stake's Motion to Deny Class Certification and Strike Class Allegations in Plaintiffs' Second Amended Complaint, [Dkt. No. 54], are STAYED until the arbitration proceeding is complete; and it is hereby

ORDERED that plaintiffs and Stake promptly begin the arbitration process as required under the arbitration agreement contained in Stake's Terms; and it is further

ORDERED that plaintiffs and Stake file a status report concerning the status of arbitration within 120 days of the date of this Order and file updated reports every 90 days thereafter; and it is further

ORDERED that this civil action be and is STAYED pending the conclusion or arbitration; and it is further

ORDERED that the hearing on defendant Kick's Motion to Dismiss Plaintiffs' Second Amended Complaint, [Dkt. No. 50], Stake's Motion to Strike Unauthorized Amendments in Plaintiffs' Second Amended Complaint, or in the Alternative Compel Arbitration or Dismiss Plaintiffs' Second Amended Complaint, [Dkt. No. 52], and Kick and Stake's Motion to Deny Class Certification and Strike Class Allegations in Plaintiffs' Second Amended Complaint, [Dkt. No. 54], currently set for Friday, August 14, 2026 at 10:00 am, be and is CANCELLED.

The Clerk is directed to forward a copy of this Order and the accompanying Memorandum Opinion to counsel of record, and to remove this civil action from the active docket of the Court.

Entered this 30 day of July, 2026.

Alexandria, Virginia

/s/
Leonic M. Brinkema
United States District Judge

2